No. 423. FIREDOOR CORPORATION OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Sidney O. Raphael* and *Leo M. Drachsler* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 408. WAGONER ET AL., DOING BUSINESS AS STYLE WAGONER CONSTRUCTION CO., *v.* CONSOLIDATED FAIRVIEW SCHOOL DISTRICT No. 5 ET AL. C. A. 10th Cir. Certiorari denied. *Robert W. Fraser* for petitioners.

No. 424. CHERRY ET AL. *v.* BRAZIER. C. A. 5th Cir. Certiorari denied. *Charles J. Bloch* and *Ellsworth Hall, Jr.* for petitioners. *Jack Greenberg* for respondent.

No. 426. KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N. V. ET AL. *v.* TULLER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William J. Junkerman* for petitioners. *Murdaugh Stuart Madden, Theodore E. Wolcott* and *John S. Chapman* for respondents.

No. 428. NARCISSE *v.* AMERICAN SUGAR REFINING CO. Supreme Court of Louisiana. Certiorari denied. *Benjamin E. Smith* for petitioner. *Leon Sarpy* for respondent.

No. 238, Misc. NELSON *v.* SACKS, WARDEN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Mark McElroy,* Attorney General of Ohio, and *Aubrey A. Wendt,* Assistant Attorney General, for respondent.